IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CR 47

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LAWRENCE KEITH LIMON | ) | |
| | ) | |

This matter is before the Court for potential amendment of Defendant's conditions of release.

Neither party has objected to a change of Defendant's conditions as referenced in that Order filed on June 19, 2020 (Doc. 11).

**IT IS THEREFORE ORDERED THAT:**

1. The Order Setting Conditions of Release (Doc. 7) is **MODIFIED** and **AMENDED** and the following conditions are imposed pursuant to 18 U.S.C. § 3142(c)(1)(B):

    a. Defendant shall participate in the location monitoring program of <u>Curfew</u> and shall abide by its requirements as the pretrial services officer or supervising officer instructs. Defendant is restricted to his residence every day as directed by the pretrial services office or supervising officer.

b. Defendant shall submit to location monitoring technology as directed by the pretrial services office or supervising officer and abide by all of the program requirements and instructions provided by the pretrial services officer or supervising officer related to the proper operations of the technology. Defendant must pay all or part of the cost of the program based upon his ability to pay as the pretrial services office or supervising officer determines.

c. The pretrial services office shall have up to three (3) business days to install the necessary equipment.

2. The additional terms and conditions as set forth in the Order Setting Conditions of Release (Doc. 7) remain in place.

Signed: June 24, 2020

W. Carleton Metcalf
United States Magistrate Judge