IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 1:20-CR-47 |
| v. | |
| LAWRENCE KEITH LIMON | |

## ORDER SEALING GOVERNMENT'S SENTENCING MEMORANDUM CONCERNING RESTITUTION

UPON MOTION of the United States of America for an order directing that the Government's Sentencing Memorandum Concerning Restitution (Doc. No. 36) be sealed, to protect the identities and information of victims,

**IT IS HEREBY ORDERED** that the Government's Sentencing Memorandum Concerning Restitution be sealed.

SO ORDERED this 14th day of May 2021.

Signed: May 14, 2021

W. Carleton Metcalf
United States Magistrate Judge