IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-CR-47-MOC-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| v. | )  ORDER<br>) |
| LAWRENCE KEITH LIMON, | )<br>) |
| Defendant. | )<br>) |

This matter is before the Court on the Government's Motion to Seal (Doc. 48), which requests that Exhibit 2 to the Government's Response to Defendant's Motion for Compassionate Release be sealed. Exhibit 2 (Doc. 47-2) contains 74 pages of Defendant's medical records.[1]

In evaluating a motion to seal, the Court must "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." Ashcraft v. Conoco, Inc., 218 F.3d 288, 302 (4th Cir. 2000); see also LCrR 49.1.1.

---

[1] The Government's Response, Exhibit 1, and Exhibit 2 have all been filed under seal, though the Motion to Seal seeks only the sealing of Exhibit 2.

1

The undersigned has reviewed the Motion to Seal and considered the public's interest in access to the subject documents and alternatives to sealing.

Exhibit 2 contains Defendant's personal medical records, including information on Defendant's physical health and personal identifying information.

The Motion to Seal has appeared on the docket since it was filed on April 13, 2023. No objections or responses have been made to it. Further, the undersigned agrees that the sealing of Exhibit 2 is appropriate and that less restrictive means of handling the information are not sufficient as the records contain Defendant's sensitive personal information.

**IT IS THEREFORE ORDERED THAT** the Government's Motion to Seal (Doc. 48) is **GRANTED** and Exhibit 2 to the Government's Response (Doc. 47-2) shall remain sealed until further Order of the Court. This ruling is subject to further consideration by the District Court, or upon a subsequent motion to unseal, as may be necessary.

Signed: May 3, 2023

W. Carleton Metcalf
United States Magistrate Judge