UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:20-CR-00047-MOC-WCM

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **LAWRENCE KEITH LIMON,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's pro se motion for reconsideration (Doc. No. 56) of this Court's order denying Defendant's motion to reduce sentence. (Doc. Nos. 51, 55). The Court will deny Defendant's motion for reconsideration because Defendant has failed to produce evidence that alternative care options for his wife are unavailable.

The Court denied Defendant's motion to reduce sentence for two reasons: (1) Defendant failed to exhaust his administrative remedies, and (2) Defendant's motion lacked evidentiary support. Specifically, Defendant's motion is predicated on the need to care for his ailing wife, but Defendant failed to show (a) that his wife is, indeed, ill, and (b) that no alternative care options are available.

Defendant's motion for reconsideration resolves some, but not all, of these defects. First, Defendant appears to have exhausted his administrative remedies by requesting release from the Bureau of Prisons. (Doc. No. 56-1). Second, Defendant has provided medical records indicating that his wife does indeed require care. (Doc. No. 57). Crucially, though, Defendant has not provided support for his assertion that he alone is able to care for his ailing wife. While Defendant contends that his son and his wife's daughter are unavailable, he has not produced proof (such as

1

affidavits signed by the son and daughter) in support of his assertion. For that reason, the Court will deny Defendant's motion for reconsideration.

## ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's motion for reconsideration (Doc. No. 56) is hereby **DENIED**.

Signed: July 18, 2024

Max O. Cogburn Jr.
United States District Judge