# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:20-cr-47-MOC-WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| LAWRENCE KEITH LIMON, | ) | |
| | ) | |
| **Defendant**. | ) | |
| _____ | ) | |

**THIS MATTER** comes before the Court on Defendant's pro se Motion for Compassionate Release. (Doc. No. 59). Having reviewed the motion, the Court finds that a response from the Government is needed to fully consider its merits. Therefore, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Government **SHALL RESPOND** to Defendant's Motion for Compassionate Release within **20 days** of the entry of this Order.

Signed: January 28, 2025

Max O. Cogburn Jr.
United States District Judge